IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SAM SEE, | ) | 1:07cv1776 LJO DLB |
| | ) | |
| | ) | ORDER ADOPTING FINDINGS AND |
| | ) | RECOMMENDATION |
| Plaintiff, | ) | |
| | ) | (Document 15) |
| vs. | ) | |
| | ) | |
| COMMISSIONER OF SOCIAL SECURITY, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

On November 20, 2007, Plaintiff filed the present action for judicial review of the denial of Social Security benefits.

On September 10, 2008, the Magistrate Judge issued Findings and Recommendation that the action be dismissed for Plaintiff's failure to follow a Court order. The Findings and Recommendation was served on all parties and contained notice that any objections were to be filed within thirty (30) days. Over thirty days have passed and no objections have been filed.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(c), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court finds that the Findings and Recommendation is supported by the record and proper analysis.

1

1 | Accordingly, IT IS HEREBY ORDERED that:

2 | 1. The Findings and Recommendations dated September 10, 2008, is ADOPTED IN
3 | FULL; and
4 | 2. This action is DISMISSED.
5 | This terminates this action in its entirety.
6 | IT IS SO ORDERED.

7 | **Dated:   October 16, 2008**               /s/ Lawrence J. O'Neill
                                                UNITED STATES DISTRICT JUDGE

2